UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL MUTAMBO KALEMBO,

Plaintiff,

v.

WASHINGTON YOUTH SOCCER, NORTHSHORE YOUTH SOCCER ASSOCIATION, and JOHN/JANE DOES 1-10,

Defendants.

CASE NO. 2:25-cv-00169-RAJ

**ORDER**

Having reviewed, *de novo*, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Report and Recommendation is **ADOPTED** and **APPROVED**.

(2) Defendant Washington Youth Soccer's (WYS's) motion for summary judgment, Dkt. 37, is **GRANTED** with respect to the federal 42 U.S.C. § 1981 claim.

(3) Defendant Northshore Youth Soccer Association's (NYSA's) motion for summary judgment, Dkt. 40, is **GRANTED** with respect to the federal 42 U.S.C. § 1981 claim.

(4) Supplemental jurisdiction over the remaining state law claims (violation of the Washington Law Against Discrimination (WLAD), tortious interference with business expectancy, and defamation) is **DECLINED** and the claims are **DISMISSED** without prejudice.

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 28th day of October, 2026.



The Honorable Richard A. Jones
United States District Judge